FILED

AUG 31 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JULIO CESAR SANCHEZ-VALENZUELA )<br>)<br>Defendant. )<br>_____ ) | No. 1:04-CR-05233 LJO<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on August 31, 2015, to a period of TIME SERVED,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow. This Order in no way addresses any potential or existing Immigration or Deportation issues.

DATED: August 31, 2015

_____
HONORABLE LAWRENCE J. O'NEILL
U.S. DISTRICT JUDGE

1